FILED

MAY 12 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel<br>TONI R. BARRON AND VICKY J.<br>SCHEEL,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE, LLP,<br>DELOITTE TOUCHE CONSULTING<br>GROUP, LLC., DELOITTE & TOUCHE<br>CONSULTING GROUP HOLDING, LLC,<br>MEDICAID SOLUTIONS OF TEXAS,<br>and NATIONAL HERITAGE INS. CO.,<br><br>Defendants. | CIVIL ACTION<br>NO. SA-99-CA-1093-FB |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT COURT:

TONY R. BARRON, and VICKY J. SCHEEL, RELATORS, file this Unopposed Motion for Protective Order, and would respectfully show the following:

1. For the past several weeks the parties have been discussing and exchanging drafts of a protective order governing the handling of confidential documents and information through the remaining course of the litigation. The confidentiality issues in this case are somewhat more complex than in the ordinary case because in addition to the parties' own records, certain records of third parties also contain documents that could be privileged under either the Health Insurance Portability and Accountability Act (HIPAA), (codified in scattered sections of volumes 18, 26, 29 and 42 of the United States Code) and the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C.

§1232. The parties have now agreed on the form of two orders, a proposed Protective Order filed herewith and a proposed Order on Discovery and Compelling Certain Discovery attached to another unopposed motion filed contemporaneously with this motion.

2. Relators incorporate herein by reference the Unopposed Motion for Order on Discovery and Compelling Certain Discovery.

3. Relators and Defendants are satisfied that the terms of the Protective Order attached hereto satisfy the requirements of both HIPAA and FERPA and the regulations issued under the authority of those statutes, and that the privacy interests of all individuals whose records may be included within the scope of discovery produced by the parties or by third parties will be protected by the entry of these two orders.

WHEREFORE, based on the foregoing, Relators respectfully request the Court to enter the attached Protective Order and request any other necessary or appropriate relief.

Respectfully submitted,

By: /s/

Katherine Martinez-Vitela
Texas Bar No. 20593810
Fed. ID No. 16134
**MARTINEZ-VITELA LAW FIRM**
24165 IH-10 West, Suite 217:224
San Antonio, TX 78257
Phone: metro (830) 981-5730
Fax: metro (830) 981-5731

Tommy Jacks, Esq.
**JACKS LAW FIRM**
111 Congress Avenue, Suite 1010
Austin, TX 78701
Phone: 512-478-4422
Fax: 512-478-5015
tjacks@jackslawfirm.com

Ann Lugbill, Esq.
**ANN LUGBILL, ESQ.**
(Ohio 0023632)
2406 Auburn Avenue
Cincinnati, Ohio 45219
Telephone: 513-784-1280
Fax: 513-784-1449
alugbill@choice.net

Deborah Weintraub, Esq.
Dominique Day, Esq.
**MILBERG WEISS BERSHAD & SCHULMAN**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Phone: 212-594-5300
Fax: 212-868-1229
*dweintraub@milbergweiss.com*
*kchapman@milbergweiss.com*

Reuben Guttman, Esq.
**MILBERG WEISS BERSHAD & SCHULMAN**
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
Phone: 202-783-6091
Fax: 202-783-6088
*rguttman@milbergweiss.com*

*Attorneys for Relators Vicky J. Scheel and Toni R. Barron*

By: /s/ Joseph R. Knight

Joseph R. Knight, Esq.
BAKER & BOTTS, LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039
Phone: 512-322-2554
Fax: 512-322-8322
joe.knight@bakerbotts.com

Robert Blume, Esq.
GIBSON DUNN & CRUTCHER
1801 California Street, Suite 4200
Denver, CO 80202
Phone: 303-298-5758
Fax: 303-313-2870
RBlume@gibsondunn.com

F. Joseph Warin, Esq.
GIBSON DUNN & CRUTCHER
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-0539
Phone: 202-887-3609
Fax: 202-467-0539
Fwarin@gibsondunn.com

*Attorneys for Defendant Deloitte & Touche LLP; Deloitte & Touche Consulting*

By: /s/ John A. Huddleston

John A. Huddleston, Esq.
Stacy G. Vancil, Esq.
STRASBURGER & PRICE
300 Convent Street, Suite 900
San Antonio, TX 78205
Phone: 210-250-6000
Fax: 210-250-6100
stacy.vancil@strasburger.com
alex.huddleston@strasburger.com

*Attorneys for Defendant Medicaid Claim Solutions of Texas*

By:_____

Brittan L. Buchanan, Esq.
VAN OSSELAER, CRONIN & BUCHANAN
Suite 300 West
9600 Great Hills Trail
Austin, TX 78759
Phone: 512-225-2822
Fax: 512-225-2801
bbuchanan@vcblaw.com

4

Robert Blume, Esq.
GIBSON DUNN & CRUTCHER
1801 California Street, Suite 4200
Denver, CO 80202
Phone: 303-298-5758
Fax: 303-313-2870
RBlume@gibsondunn.com

F. Joseph Warin, Esq.
GIBSON DUNN & CRUTCHER
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-0539
Phone: 202-887-3609
Fax: 202-467-0539
Fwarin@gibsondunn.com

*Attorneys for Defendant Deloitte & Touche LLP; Deloitte & Touche Consulting*

By:_____

John A. Huddleston, Esq.
Stacy G. Vancil, Esq.
STRASBURGER & PRICE
300 Convent Street, Suite 900
San Antonio, TX 78205
Phone: 210-250-6000
Fax: 210-250-6100
stacy.vancil@strasburger.com
alex.huddleston@strasburger.com

*Attorneys for Defendant Medicaid Claim Solutions of Texas*

By: /s/ *[signature]*

Brittan L. Buchanan, Esq.
VAN OSSELAER, CRONIN & BUCHANAN
Suite 300 West
9600 Great Hills Trail
Austin, TX 78759
Phone: 512-225-2822
Fax: 512-225-2801
bbuchanan@vcblaw.com

4

Weston Loegering, Esq.
HUGHES & LUCE, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Phone: 214-939-5791
Fax: 214-939-5849
wes.loegering@hughesluce.com

*Attorneys for Defendant National Heritage Insurance Company*

5

## CERTIFICATE OF SERVICE

I hereby certify that, on ____May 10____, 2006, a true and correct copy of the foregoing document was served on the following counsel as indicated below:

*[signature]*

Tommy Jacks, Esq.
JACKS LAW FIRM
111 Congress Avenue, Suite 1010
Austin, TX 78701
Phone: 512-478-4422
Fax: 512-478-5015
tjacks@jackslawfirm.com

*Counsel for Plaintiffs-Relators*

**COUNSEL FOR DEFENDANT DELOITTE & TOUCHE LLP; DELOITTE & TOUCHE CONSULTING:**

<u>Via Regular U.S. Mail:</u>

Joseph R. Knight, Esq.
BAKER & BOTTS, LLP
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039
Phone: 512-322-2554
Fax: 512-322-8322
joe.knight@bakerbotts.com

<u>Via Regular U.S. Mail:</u>

F. Joseph Warin, Esq.
GIBSON DUNN & CRUTCHER
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-0539
Phone: 202-887-3609
Fax: 202-467-0539
Fwarin@gibsondunn.com

<u>Via Regular U.S. Mail and Electronic Mail:</u>

Robert Blume, Esq.
GIBSON DUNN & CRUTCHER
1801 California Street, Suite 4200
Denver, CO 80202
Phone: 303-298-5758
Fax: 303-313-2870
RBlume@gibsondunn.com

**COUNSEL FOR DEFENDANT MEDICAID CLAIM SOLUTIONS OF TEXAS:**

<u>Via Regular U.S. Mail:</u>

John A. Huddleston, Esq.
Stacy G. Vancil, Esq.
STRASBURGER & PRICE
300 Convent Street, Suite 900
San Antonio, TX 78205
Phone: 210-250-6000
Fax: 210-250-6100
stacy.vancil@strasburger.com
alex.huddleston@strasburger.com


**COUNSEL FOR DEFENDANT NATIONAL HERITAGE INSURANCE COMPANY:**

<u>Via Regular U.S. Mail</u>:

Brittan L. Buchanan, Esq.
VAN OSSELAER, CRONIN &
BUCHANAN
Suite 300 West
9600 Great Hills Trail
Austin, TX 78759
Phone: 512-225-2822
Fax: 512-225-2801
bbuchanan@vcblaw.com

<u>Via Regular U.S. Mail:</u>

Weston Loegering, Esq.
HUGHES & LUCE, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Phone: 214-939-5791
Fax: 214-939-5849
wes.loegering@hughesluce.com


**COUNSEL FOR UNITED STATES GOVERNMENT:**

<u>Via Regular U.S. Mail:</u>

Winstanley F. Luke, Esq.
Assistant United States Attorney
UNITED STATES ATTORNEY'S
OFFICE
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Phone: 210-384-7315
Fax: 210-384-7322

<u>Via Fax and U.S. mail:</u>

Carolyn Hahn, Esq.
Carol Wallack, Esq.
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch, Civil
Division
601 D Street, N.W.
Washington, D.C. 20004
Phone: 202-616-0345
Fax: 202-305-7797
<u>carol.wallack@usdoj.go</u>

**COUNSEL FOR RELATORS:**

7

**Via Regular U.S. Mail:**

Katherine Martinez-Vitela, Esq.
MARTINEZ-VITELA LAW FIRM
24165 IH-10 West
Suite 217-224
San Antonio, TX   78257
Phone:  830-981-5730
Fax:  830-981-5731
Cell:  210-724-1185
*attykmv@sbcglobal.net*

Ann Lugbill, Esq.
2406 Auburn Avenue
Cincinnati, OH 45219
Phone: 513-784-1280
Fax: 513-784-1449
*alugbill@choice.net*

**The foregoing was also served upon the following, via regular U.S. Mail:**

Reuben Guttman, Esq.
MILBERG WEISS BERSHAD &
SCHULMAN
1920 L Street, N.W., Suite 400
Washington, D.C.  20036
Phone: 202-783-6091
Fax: 202-783-6088
*rguttman@milbergweiss.com*

Deborah Weintraub, Esq.
Kirk E. Chapman, Esq.
MILBERG WEISS BERSHAD &
SCHULMAN
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Phone:  212-594-5300
Fax: 212-868-1229
*dweintraub@milbergweiss.com*
*kchapman@milbergweiss.com*

8